## FOURTH DEPARTMENT, NOVEMBER, 1972

### (November 2, 1972)

■ In the Matter of CITY OF ROCHESTER, Appellant, v. ROCK MAR ENTERPRISES, INC., Respondent.— Judgment unanimously affirmed, with costs, upon the opinion at Special Term. (Appeal from part of the judgment of Monroe Special Term in condemnation proceeding.) Present — Goldman, P. J., Del Vecchio, Witmer, Cardamone and Henry, JJ.